**United States District Court**
For the Northern District of California

1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9               FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11   UNITED STATES OF AMERICA,                    No. 3:15-cr-00234-CRB

12              Plaintiff,                         **ORDER VACATING STATUS
                                                   CONFERENCE AND DIRECTING
13        v.                                       PARTIES TO SET BRIEFING
                                                   SCHEDULE**
14   ARA KARAPEDYAN, ET AL.,

15              Defendants.

16

17        To avoid further flurries of unnoticed, substantive motions, the Court ORDERS the

18   parties to confer and set an orderly briefing schedule regarding objections to discovery and

19   trial groupings.  The Court also VACATES the status conference set for October 26, 2016

20   and SETS a status conference for December 14, 2016.

21

22        **IT IS SO ORDERED.**

23        Dated: October 26, 2016

24                                                 _____
                                                   CHARLES  R. BREYER
                                                   UNITED STATES DISTRICT JUDGE
25

26

27

28